**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
NIEVES, MICHAEL,

        Plaintiff,

        -against-

NEW YORK STATE OFFICE OF MENTAL HEALTH, et al.,

        Defendants.
------------------------------------------------------------x

20-CV-9502 (GHW) (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

The Court interprets Plaintiff's request that Defendants be "enjoined to comply with Rule 12(a)(1) prior to any proceedings under Rule 16" as a request to adjourn the September 9, 2021 2:30 p.m. Rule 16 conference until Defendants answer and/or file a pre-answer move to dismiss to Plaintiff's Complaint. (ECF 31). Plaintiff's request is **GRANTED**.

The initial case management conference is hereby rescheduled to **October 5, 2021 at 10:00 a.m.** The dial in information and other details for the telephonic conference are set out in the Court's Initial Case Management Conference Order (ECF 30) and repeated here: The dial in information is (866) 390-1828, access code 1582687. The Warden or other official in charge of the Bellevue Hospital Prison Ward, or other facility in custody of Michael Nieves, shall produce inmate Michael Nieves, B/C #: 8952000392, to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **October 5, 2021 commencing at 10:00 a.m.**, until completion. The rest of ECF 30 remains in effect.

The Clerk of the Court is respectfully directed to send a copy of this Order to the pro se Plaintiff and note service on the docket.

**SO ORDERED.**

Dated: September 8, 2021              _s/ Ona T. Wang_
      New York, New York              **Ona T. Wang**
                                                          United States Magistrate Judge