**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MICHAEL NIEVES,

           Plaintiff,

           -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, et al.,

           Defendants.

------------------------------------------------------------x

20-CV-9502 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

As discussed at the Initial Case Management Conference ("ICMC") on October 5, 2021, Defendant's Motion to Dismiss is fully briefed. *See* ECF 33-35 (Defendant's First Motion to Dismiss for Lack of Jurisdiction); ECF 37 (Plaintiff's "Summary Judgment Supplement," interpreted by this Court and requested by Plaintiff to be construed as an Opposition to Defendant's Motion to Dismiss); and ECF 39 (Defendant's Response to Plaintiff's Opposition).

The Court sets the following briefing schedule for Plaintiff's Motion for Summary Judgment, filed on October 4, 2021 (ECF 38):

- Defendant's response due by October 26, 2021.
- Plaintiff's reply due by November 16, 2021.

Separately, Defendants are directed to: (1) file a notice of appearance; (2) file any motion to stay pending decisions on the Motion to Dismiss and Motion for Summary Judgment by October 12, 2021; and (3) order a copy of the ICMC transcript.

Defendants are also directed to send *pro se* Plaintiff copies of the ICMC transcript, this Order, and Local Rule 83.10, and any releases set forth in the rule.

**SO ORDERED.**

Dated: October 5, 2021
      New York, New York

      *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge