UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL NIEVES,

                Plaintiff,

                -against-

NEW YORK STATE OFFICE OF MENTAL HEALTH, et al.,

                Defendants.

------------------------------------------------------------x

20-CV-9502 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In Defendants' Motion to Dismiss (ECF 35) and opposition to Plaintiff's Motion for Summary Judgment (ECF 48), Defendants argue that Plaintiff's claims related to his involuntary admission are barred by the doctrine of *res judicata*, or claim preclusion, requiring dismissal of Plaintiff's Complaint. Defendants have failed, however, to adequately identify the claims Plaintiff has litigated (or continues to litigate) in state court.

By **August 10, 2022**, Defendants are directed to provide this Court a chart that lists all state court suits Plaintiff has commenced against any of the defendants, identifying:

(1) the full case captions;

(2) when and where the cases were commenced;

(3) the claims and defenses that were raised;

(4) whether and which of those claims overlap with the claims raised in this case;

(5) a copy of the docket **OR, preferably,** a link to the electronic docket, if available;

(6) the current status of each case.

There will be no extensions granted absent a showing of good cause. Defendants are directed to serve a copy of this Order on *pro se* Plaintiff and file such proof of service on the docket.

**SO ORDERED.**

Dated: August 5, 2022
       New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge